UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

C HENDERSON CONSULTING, INC.
CHARLES HENDERSON and RICHARD
BELL

CIVIL ACTION

NO. 10-258-BAJ-DLD

**RULING**

The Court has carefully considered the motion, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated July 19, 2011. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's motion to strike the answer of C Henderson Consulting, Inc. is granted and C Henderson Consulting, Inc.'s defenses to the claims raised by plaintiff is hereby STRICKEN in their entirety.

Baton Rouge, Louisiana, September 6, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA